# UNITED STATES DISTRICT COURT

## District of Kansas

### (Wichita Docket)

UNITED STATES OF AMERICA,

        **Plaintiff,**

        **v.**                    **CASE NO. 12- 10236 -01-**JTM

JASON EDWARDS,

        **Defendant.**

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

### 21 U.S.C. § 841(a)(1)
### (Possession with Intent to Distribute)

On or about September 23, 2012, in the District of Kansas, the defendant,

**JASON EDWARDS,**

did unlawfully, knowingly and intentionally possess with intent to distribute fifty (50) grams and more of methamphetamine, a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(viii).

**A TRUE BILL**


November 6, 2012                         s/Foreperson
DATE                          FOREPERSON OF THE GRAND JURY



  s/Barry R. Grissom
BARRY R. GRISSOM
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 10866
Barry.Grissom@usdoj.gov


| It is requested that the trial be held in Wichita, KS |
| --- |