IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 12-10236-01-JTM |
| | ) | |
| JASON EDWARDS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS
## AD PROSEQUENDUM

COMES NOW the United States, by and through Debra L. Barnett, Assistant United States Attorney, and moves the Court for the issuance of a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, Jason Edwards.  In support of this Motion, the United States avers:

1.      Defendant was charged in this district by Indictment on November 6, 2012.

2.      Defendant is detained and currently in the custody of Sedgwick County Jail, 141 W. Elm, Wichita, Kansas.

3.      Appearance is necessary by the defendant in this district for prosecution of the charges contained in the Indictment.

WHEREFORE, the United States of America moves the Court for an order issuing a Writ of Habeas Corpus Ad Prosequendum directing the United States Marshal and any other law enforcement agency for this district, to produce the defendant and detainee, Jason Edwards, forthwith and for any further proceedings to be held in this cause.

Respectfully submitted,

BARRY R. GRISSOM
United States Attorney

s/ Debra L. Barnett
DEBRA L. BARNETT
Ks. S.Ct. No. 12729
Assistant United States Attorney
District of Kansas
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
(316) 269-6484
debra.barnett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

s/ Debra L. Barnett
DEBRA L. BARNETT
Assistant United States Attorney