IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 12-10236-01-JTM |
| ) | |
| JASON EDWARDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER FOR WRIT OF HABEAS CORPUS**
**AD PROSEQUENDUM**

This matter comes before the Court on the Government's Motion to issue a Writ of Habeas Corpus Ad Prosequendum to defendant and detainee, Jason Edwards. The United States appears by and through Assistant United States Attorney Debra L. Barnett. There are no other appearances.

After reviewing the Government's motion, the Court finds that the motion should be granted.

IT IS THEREFORE ORDERED that a Writ of Habeas Corpus Ad Prosequendum be issued directing the United States Marshal and any other law enforcement agency for this district to produce the defendant and detainee, Jason Edwards, forthwith and for any further proceedings to be held in this cause.

IT IS FURTHER ORDERED that at the conclusion of these proceedings the United States Marshal shall return the defendant to the aforementioned custodian.

IT IS SO ORDERED.

s/ Karen M. Humphreys
United States Magistrate Judge

DATED:   November 8, 2012